TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No.242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647
     Facsimile: (213) 894-6436
     E-mail:    mack.jenkins@usdoj.gov
                veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-208-JFW |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| GEORGE ESPARZA, | **CURRENT SENTENCING DATE:** 08/30/2021 at 8:00 a.m. |
| Defendant. | **PROPOSED SENTENCING DATE:** 09/06/2022 at 8:00 a.m. |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins and Veronica Dragalin, and defendant GEORGE ESPARZA, both individually and by and through his counsel of record, hereby stipulate as follows:

1. On July 22, 2020, defendant ESPARZA appeared at a change of plea hearing and pleaded guilty to Count One of the Information,

pursuant to a cooperation plea agreement in which defendant ESPARZA agreed to testify at future hearings or trials as requested by the government.  The Court accepted defendant ESPARZA's guilty plea and set the sentencing hearing for February 8, 2021 at 8:00 a.m.

2.   On July 30, 2020, the grand jury returned an indictment in United States v. Jose Huizar, Case Number 2:20-MJ-326-JFW, charging Huizar with 34 counts for violations involving various bribery schemes.

3.   On November 12, 2020, the grand jury returned a first superseding indictment in United States v. Huizar, et al., Case Number 2:20-CR-326(A)-JFW, charging six defendants in 41 counts for violations involving various bribery schemes.  On May 13, 2021, the trial in the Huizar, et al. case was scheduled to begin on May 24, 2022, and the government's case-in-chief is estimated to last approximately 25-30 trial days.  The government expects to call defendant ESPARZA to testify at this trial.

4.   Therefore, in the interest of justice, the parties request to continue the sentencing hearing to allow defendant ESPARZA to testify at trial, if required, before the sentencing hearing.  By so doing, this will provide the Court the full vantage of defendant ESPARZA's cooperation at sentencing and provide defendant ESPARZA the opportunity to obtain the full benefit of his cooperation.

5.   Given the complexity and magnitude of the case and trial currently scheduled to commence on May 24, 2022, the parties request a continuance of the sentencing hearing.

//
//
//

6. The parties respectfully request that the sentencing hearing be continued from August 30, 2021 at 8:00 a.m. to September 6, 2022 at 8:00 a.m.

IT IS SO STIPULATED.

Dated: June 11, 2021              Respectfully submitted,

                                  TRACY L. WILKISON
                                  United States Attorney

                                  SCOTT M. GARRINGER
                                  Assistant United States Attorney
                                  Chief, Criminal Division

                                  /s/ Veronica Dragalin
                                  _____
                                  MACK E. JENKINS
                                  VERONICA DRAGALIN
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

Dated: June 14, 2021


                                   /s/ via e-mail authorization
                                  _____
                                  TERRENCE JONES
                                  Attorney for Defendant
                                  GEORGE ESPARZA