TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No.242101)
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091
     Facsimile: (213) 894-2927
     Email:    mack.jenkins@usdoj.gov
               veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-208-JFW |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING HEARING |
| v. | |
| GEORGE ESPARZA, | **SENTENCING DATE:** 09/06/2022 at 8:00 a.m. |
| Defendant. | |

The Court has read and considered the Stipulation to Continue the Sentencing Hearing for defendant GEORGE ESPARZA, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing this matter, and provides good cause for continuing the sentencing hearing, as requested by the parties.

THEREFORE, FOR GOOD CAUSE SHOWN:

1  The sentencing hearing date for defendant ESPARZA in this matter
2  is continued from August 30, 2021 to September 6, 2022 at 8:00 a.m.
3  IT IS SO ORDERED.

5  June 16, 2021
   DATE                                HONORABLE JOHN F. WALTER
6                                      UNITED STATES DISTRICT JUDGE

8  **CC: USPO/PSA; USM**

9  Presented by:

10 _____
   VERONICA DRAGALIN
11 Assistant United States Attorney

2