E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-208-JFW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. | |
| GEORGE ESPARZA, | **[PROPOSED] SENTENCING DATE:** 10/27/2023 at 8:00 a.m. |
| Defendant. | |

The Court has read and considered the Stipulation to Continue the Sentencing Hearing for defendant GEORGE ESPARZA, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing this matter, and provides good cause for continuing the sentencing hearing, as requested by the parties.

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing hearing date for defendant ESPARZA in this matter is continued from June 5, 2023 to October 27, 2023 at 8:00 a.m.

IT IS SO ORDERED.

DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

*Cassie D. Palmer*
CASSIE D. PALMER
Assistant United States Attorney

2