E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0363/3289
    Facsimile: (213) 894-6436
    E-mail:   Mack.Jenkins@usdoj.gov
           Cassie.Palmer@usdoj.gov
           Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>GEORGE ESPARZA,<br><br>      Defendant. | No. CR 20-208-JFW<br><br>ORDER CONTINUING SENTENCING HEARING |

    The Court has read and considered the Stipulation to Continue the Sentencing Hearing for defendant GEORGE ESPARZA, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing this matter, and provides good cause for continuing the sentencing hearing, as requested by the parties.

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing hearing date for defendant ESPARZA in this matter is continued from October 27, 2023 **to July 26, 2024 at 8:00 a.m.** Sentencing papers shall be filed by July 8, 2024.

IT IS SO ORDERED.


August 25, 2023
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

CC: USPO/PSA; USM


Presented by:

CASSIE D. PALMER
Assistant United States Attorney

2