```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    CASSIE D. PALMER (Cal. Bar No. 268383)
 4  SUSAN S. HAR (Cal. Bar No. 301924)
    Assistant United States Attorneys
 5  Public Corruption & Civil Rights Section
         1500 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-2091                    **Note Changes by Court**
         Facsimile: (213) 894-6436
 8       E-mail:    Mack.Jenkins@usdoj.gov
                    Cassie.Palmer@usdoj.gov
 9                  Susan.Har@usdoj.gov

10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA

12                       UNITED STATES DISTRICT COURT

13                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

14  UNITED STATES OF AMERICA,           No. 2:20-CR-208-JFW

15           Plaintiff,                 ORDER CONTINUING SENTENCING
                                        HEARING
16                v.

17  GEORGE ESPARZA,

18           Defendant.

19
```

20
21    The Court has read and considered the Stipulation to Continue
22 the Sentencing Hearing for defendant GEORGE ESPARZA, filed by the
23 parties in this matter.  The Court hereby finds that the Stipulation,
24 which this Court incorporates by reference into this Order,
25 demonstrates facts that support a continuance of the sentencing
26 hearing, and provides good cause for continuing the sentencing
27 hearing, as requested by the parties.
28    THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing hearing date for defendant ESPARZA in this matter is continued from July 26, 2024 to **November 8, 2024, at 8:00 a.m.**

Sentencing papers shall be filed on or before October 21, 2024.

IT IS SO ORDERED.

May 30, 2024
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

CC: USPO/PSA; USM

Presented by:

*/s/ Susan Har*
SUSAN S. HAR
Assistant United States Attorney